**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Juan M. Rodriguez      JOINT DEBTOR:_____ CASE NO.:_____
Last Four Digits of SS# 1036      Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $ 815.61   for months  1 to  60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650        TOTAL PAID $ 1200  Balance Due $ 2450
                           payable $ 490/month  (Months  1  to  5)

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None_____  Arrearage on Petition Date  $_____
Address:_____  Arrears Payment  $_____/month (Months _____ to _____)
         _____  Regular Payment  $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____  Total Due $_____
                  Payable   $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 244.05   /month (Months 1 to  5) and Pay $ 734.05 /month (Months 6  to  60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Chase, Green Tree Servicing LLC and Villas de Sol Condominium Association and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

      /s/Robert Sanchez
Attorney for the Debtor                                  Joint Debtor
Date: 3-29-2016                                          Date:_____

LF-31 (rev. 01/08/10)