RE: JUAN M RODRIGUEZ        **PRO SE**      Case # 16-14373 AJC

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION** (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

\_\_ Tax returns:
✔ Bank Account Statements ✔ 3 months pre-petition
_____
_____
_____
\_\_ Check copy _____
_____
\_\_ Explain W/D _____
\_\_ FMV(NADA/Carmax), Reg and Payoff:Vehicles_____
_____
✔ FMV and Payoff: Real Estate CEMETERY DOCS\_\_\_\_\_
_____
✔ Non homestead Information Sheet CEMETERY
\_\_ Wage deduction order or motion to waive
**BUSINESS DEBTOR DOCUMENTS**
✔ BDQ & attachments    Profit & Loss    Balance Sheet
\_\_ Bank statements and checks    3 months _____
_____
_____

\_\_ Photo ID(s)    ✔ LF 90    ✔ LF67    LF10
\_\_ Domestic Support Info: name address and phone
\_\_ Affidavit of Support
\_\_ 2016(B)    401K/Retirement Stmts    Life Ins Policy
✔ Other provisions ✔ IVL ✔ 100%    Lawsuit    Lease
                Gambling    HAMP    LMM/MMM
\_\_ Plan does not fund
\_\_ Calculation errors/improper months _____
\_\_ Valuation motion has not been filed
\_\_ LMM/MMM motion not filed
\_\_ Reaffirm, redeem or surrender Sch D & G creditor
\_\_ Creditor on plan not listed in Schedules or no filed POC
\_\_ Priority debt on Sch E not in plan
\_\_ Object or Conform to Proof of Claim
     Miami-Dade County    Tax Certificate(DE#\_\_\_)
     \_\_\_Dept of Revenue    \_\_\_ IRS
_____
_____-
✔ Other:FILE FEE APP

Reviewed documents received prior to 4/14/2016 _____
(Do not "resend" late documents without first calling the Trustee's office)

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors.

> NOTICE: Each debtor(s) is required to appear at the meeting of creditors with an original social security card and government issued photographic identification card. Each debtor must complete a written questionnaire prior to the meeting of creditors which will become part of their testimony. This questionnaire must be handed to the Trustee or her staff attorney prior to the commencement of the meeting. In addition, debtors are cautioned to bring evidence that they have made all payments due under the proposed plan to the meeting of creditors.

Request for continuance must be directed to the Trustee and are only for emergencies. LR 2003-1. The party requesting the continuance has the burden to notice to all creditors. LR 2002-1(C)(3) Failure to appear may result in a dismissal order (see notice of commencement).

       I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

                    Submitted by
              NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
              P.O. BOX 279806,
              MIRAMAR, FL 33027
              (954) 443-4402

\*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL\*