**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**1st MODIFIED plan**

DEBTOR: Juan M. Rodriguez          JOINT DEBTOR:_____          CASE NO.: 16-14373-AJC
Last Four Digits of SS# 1036          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.  $ 436.89    for months  1 to 6 ; in order to pay the following creditors:
- B.  $ 2,274.29  for months  7 to 7 ; in order to pay the following creditors:
- C.  $ 307.71    for months  8 to 60; in order to pay the following creditors:

<u>Administrative:</u>    Attorney's Fee - $ 3650 +$525 Motion to Modify=4175 TOTAL PAID $ 1200
Balance Due $ 2975
payable $ 408.33/month (Months 1 to 6); payable $ 525/month (Months 7 to 7)

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None_____    Arrearage on Petition Date  $_____
Address:_____    Arrears Payment   $_____/month (Months ____ to ____)
_____    Regular Payment   $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. None_____    Total Due $_____
Payable    $_____/month (Months____ to ____) Regular Payment $_____

<u>Unsecured Creditors:</u>  Pay $ 0.00/month (Months 1 to 6); Pay $ 1,521.86/month (Months 7 to 7) and Pay $ 276.94/month (Months 8 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Chase, Green Tree Servicing LLC and Villas de Sol Condominium Association and will continue to pay said creditors directly outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X _____                    _____
Debtor                                          Joint Debtor
Date: 10-11-2016                                Date:_____

LF-31 (rev. 01/08/10)